IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARC ANDRE FLEURIVAL, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-682-KC |
| § | |
| WARDEN, EL PASO PROCESSING § | |
| CENTER, § | |
| § | |
| Respondent. § | |

## ORDER

On this day, the Court considered the case. Marc Andre Fleurival filed a Petition for Writ of Habeas Corpus, ECF No. 1, arguing that his detention is unlawful and requesting that he be released or given a bond hearing. Pet. ¶¶ 4–7.

Fleurival is currently detained at the El Paso Service Processing Center in El Paso, Texas. *Id.* ¶ 2. Fleurival states that he was taken into immigration custody about seven months ago. *Id.* ¶ 3. He alleges that although he was served with a Notice to Appear ("NTA"), the NTA has not been filed in immigration court. *Id.* Thus, he has not received any hearing on his detention or other process in immigration court. *Id.* ¶¶ 3–5. Fleurival does not state whether he was taken into immigration custody upon his entrance into the United States, or if he entered the country prior to his detention. And if he entered prior to his detention, the Petition also fails to state whether he has ever previously been detained and released by immigration authorities. In order to properly assess the merits of his Petition, additional information is necessary. Thus, the Court exercises its discretion to order supplemental briefing. *See Lonchar v. Thomas*, 517 U.S. 314, 325 (1996) (quoting Habeas Rule 4 and citing Habeas Rule 7) (recognizing that district courts

have "ample" discretion to "take such other action as the judge deems appropriate" and to "order expansion of the record").

Further, the Petition was filed without payment of the $5.00 filing fee or a motion to proceed without paying the filing fee. Failure to properly pay the filing fee is not a jurisdictional defect and does not prevent the Court from exercising its discretion to order supplemental filings. *See Wrenn v. Am. Cast Iron Pipe Co.*, 575 F.2d 544, 547 (5th Cir. 1978).

Accordingly, the Court **ORDERS** that, **by no later than April 1, 2026**, Fleurival shall **FILE** an advisory answering the following questions:

(1) When was the date of your last entry into the United States?

(2) What date were you taken into immigration custody and detention?

(3) Have you been previously detained by immigration authorities?

  a. If so, were you released, either on your own recognizance, bond, parole, or any other basis?

**IT IS FURTHER ORDERED** that Fleurival shall pay the required $5.00 filing fee **by no later than April 1, 2026**. The Court **CAUTIONS** Fleurival that failure to timely pay the filing fee or a motion to proceed without paying it may result in dismissal of the case.

**SO ORDERED**.

**SIGNED this 11th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE